IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| | Case No. 19-16970 ELF |
| NICHOLAS PENTONY, | Hearing Date: February 25, 2020 |
| | Hearing Time: 10:00am |
| Debtor | Location: Robert N.C. Nix Sr. Federal Courthouse |
| | 900 Market Street |
| | Philadelphia, PA 19107 |
| | Courtroom 1 |

### DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS

WHEREFORE, Debtor requests that this Honorable Court DENY the Motion for Dismissal for the following reasons:

1. Debtor has a new job and is waiting for pay advices.

2. Debtor was having some financial difficulty but has since retained more stable employment. Any outstanding amount will be paid on or before the hearing date.

3. Debtor is capable of completing the plan and wishes to remain under the protection of the Bankruptcy Code.

4. Undersigned counsel is in communication with the Trustee's office to amicably resolve the motion prior to the scheduled hearing.

Respectfully Submitted,

**KASHKASHIAN, DOVER & ASSOCIATES**

/s/ ANDRE DOVER
Andre Dover, Esquire
Attorney for Debtor
Date: 1/30/20          Attorney ID 312565
10 Canal Street, Suite 204
Bristol, PA 19007
215-781-9500

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re:  Nicholas J Pentony  
Debtor(s)

Case No.  19-16970  
Chapter  13

## CERTIFICATE OF SERVICE

I hereby certify that on **January 30, 2020**, a copy of ___ was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

| |
|---|
| Bucks Co Drs |
| Lvnv Funding Llc |
| Pa Housing Finance Age |
| Pnc Bank, N.a. |
| Receivable Management |
| Thd/cbna |
| U S Dept Of Ed/Gsl/Atl |
| U S Dept Of Ed/Gsl/Atl |
| U S Dept Of Ed/Gsl/Atl |
| U S Dept Of Ed/Gsl/Atl |
| U S Dept Of Ed/Gsl/Atl |
| U S Dept Of Ed/Gsl/Atl |
| Us Bk Rms Cc |
| Verizon |

/s/ Andre Dover  
Andre Dover  
Kashkashian, Dover & Associates  
10 Canal Street  
Suite 204  
Bristol, PA 19007  
215-781-9500 Fax:215-781-6500  
kashlaw@aol.com