United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nicholas J Pentony  
    Debtor

Case No. 19-16970-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Pamela<br>Form ID: 152 | Page 1 of 2<br>Total Noticed: 19 | Date Rcvd: Feb 05, 2020 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.

```
db              +Nicholas J Pentony,    270 Goldenridge Drive,    Levittown, PA 19057-3417
14417187        +Bucks Co Drs,    30 E Court St,    Doylestown, PA 18901-4319
14417188         Lvnv Funding Llc,    C/o Resurgent Capital Services,    Greenville, SC 29602
14451015        +PENNSYLVANIA HOUSING FINANCE AGENCY,    C/O Rebecca A Solarz, Esquire,    KML Law Group,
                  701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14417190        +Pnc Bank, N.a.,    Po Box 3180,    Pittsburgh, PA 15230-3180
14417192        +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14417193        +U S Dept Of Ed/Gsl/Atl,    Po Box 5609,    Greenville, TX 75403-5609
14451953       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:   U.S. Bank National Association,    Bankruptcy Department,
                  PO Box 108,    Saint Louis MO 63166-0108)
14417194         Us Bk Rms Cc,    Cb Disputes,    Saint Louis, MO 63166
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: megan.harper@phila.gov Feb 06 2020 03:59:36     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2020 03:58:45
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 06 2020 03:59:18     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14427364         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2020 04:03:45     LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14441240         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2020 04:05:48
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14417189        +E-mail/Text: blegal@phfa.org Feb 06 2020 03:58:55     Pa Housing Finance Age,    2101 N Front St,
                  Harrisburg, PA 17110-1086
14452034        +E-mail/Text: colleen.atkinson@rmscollect.com Feb 06 2020 03:59:47
                  Patient First c/o Receivables Management Systems,    PO Box 73810,
                  North Chesterfield, VA 23235-8047
14452111        +E-mail/Text: blegal@phfa.org Feb 06 2020 03:58:55     Pennsylvania Housing Finance Agency,
                  211 North Front Street,    Harrisburg, PA 17101-1406
14417191        +E-mail/Text: colleen.atkinson@rmscollect.com Feb 06 2020 03:59:47     Receivable Management,
                  Pob 17305,    Richmond, VA 23226-7305
14417195        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 06 2020 03:57:38
                  Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2020 at the address(es) listed below:

```
              ANDRE   DOVER    on behalf of Debtor Nicholas J Pentony kashlaw@aol.com,
               doverar87647@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2            User: Pamela              Page 2 of 2                Date Rcvd: Feb 05, 2020
                                Form ID: 152              Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

       WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
       WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com

                                                                                   TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Nicholas J Pentony
    Debtor(s)

Case No: 19−16970−elf
Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 2/25/20 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

30
Form 152