## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                  :
    **Nicholas Pentony**                    :
                                             :     Case No. 19-16970-elf
                                             :
    Debtor(s)                               :     Chapter 13
                                             :

### AFFIDAVIT OF NON TAX FILING

I, Nicholas Pentony, being duly sworn according to law deposes and says the following:

a)      No tax returns have been filed for the year 2018 because I did not have enough reportable income and as a result did not need to file a tax return.

Date: 2/26/20

_____
Nicholas Pentony