SERVICE PORT REFRIGERATION
340 ANDREWS ROAD
FEASTERVILLE TREVOSE PA  19053

1405-7126
ORG1:100 HVAC
EE ID: 35          DD

NICHOLAS J PENTONY
270 GOLDENRIDGE DR
LEVITTOWN PA  19057

| **PERSONAL AND CHECK INFORMATION** | | | **EARNINGS** | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Nicholas J Pentony | | | | Hourly | 27.50 | 27.0000 | 742.50 | 502.00 | 13554.00 |
| 270 Goldenridge Dr | | | | Overtime | 3.00 | 40.5000 | 121.50 | 44.50 | 1802.25 |
| Levittown, PA  19057 | | | | Sick | | | | 8.00 | 216.00 |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 35 | | | | **Total Hours** | 30.50 | | | 554.50 | |
| | | | | **Gross Earnings** | | | 864.00 | | 15572.25 |
| Home Department: 100 HVAC | | | | **Total Hrs Worked** | 30.50 | | | | |
| Pay Period: 04/13/20 to 04/26/20 | | | | | | | | | |
| Check Date: 04/29/20    Check #: 11661 | | | | Cell Phone Reimb | | | | | 100.00 |
| **NET PAY ALLOCATIONS** | | | | **REIMB & OTHER PAYMENTS** | | | | | 100.00 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | **WITHHOLDINGS** | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Check Amount | 0.00 | 0.00 | | Social Security | | | 53.16 | | 962.99 |
| Chkg 4203 | 439.05 | 9762.40 | | Medicare | | | 12.44 | | 225.22 |
| **NET PAY** | **439.05** | **9762.40** | | Fed Income Tax | S 0 | | 77.75 | | 1969.52 |
| | | | | PA Income Tax | | | 26.32 | | 476.84 |
| | | | | PA Unemploy | | | 0.52 | | 9.36 |
| | | | | PA LLSOU-Buc L | | | | | 10.00 |
| | | | | PA LSHPT-Buc In | | | 8.57 | | 155.31 |
| | | | | **TOTAL** | | | **178.76** | | **3809.24** |
| | | | **DEDUCTIONS** | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| | | | | Child Supportt | | | 239.54 | | 2047.12 |
| | | | | Dental Pretax | | | 6.65 | | 40.17 |
| | | | | Employee Loan | | | | | 13.32 |
| | | | | **TOTAL** | | | **246.19** | | **2100.61** |
| | | | **NET PAY** | | | | THIS PERIOD ($) | | YTD ($) |
| | | | | | | | **439.05** | | **9762.40** |

Payrolls by Paychex, Inc

0026 1405-7126  Service Port Refrigeration • 340 Andrews Road • Feasterville Trevose PA  19053 • (215) 396-8022

SERVICE PORT REFRIGERATION
340 ANDREWS ROAD
FEASTERVILLE TREVOSE PA 19053

1405-7426
ORG1:100 HVAC
EE ID: 35        DD

NICHOLAS J PENTONY
270 GOLDENRIDGE DR
LEVITTOWN PA 19057

**PERSONAL AND CHECK INFORMATION**
Nicholas J Pentony
270 Goldenridge Dr
Levittown, PA 19057
Soc Sec #: xxx-xx-xxxx    Employee ID: 35

Home Department: 100 HVAC

Pay Period: 03/30/20 to 04/12/20
Check Date: 04/15/20   Check #: 11650

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 4203 | 100.37 | 9323.35 |
| NET PAY | 100.37 | 9323.35 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 10.50 | 27.0000 | 283.50 | 474.50 | 12811.50 |
| Overtime | | | | 41.50 | 1680.75 |
| Sick | | | | 8.00 | 216.00 |
| Total Hours | 10.50 | | | 524.00 | |
| Gross Earnings | | | 283.50 | | 14708.25 |
| Total Hrs Worked | 10.50 | | | | |
| Cell Phone Reimb | | | | | 100.00 |
| REIMB & OTHER PAYMENTS | | | | | 100.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 17.16 | 909.83 |
| Medicare | | 4.01 | 212.78 |
| Fed Income Tax | S 0 | 13.07 | 1891.77 |
| PA Income Tax | | 8.50 | 450.52 |
| PA Unemploy | | 0.17 | 8.84 |
| PA LLSOU-Buc L | | | 10.00 |
| PA LSHPT-Buc In | | 2.77 | 146.74 |
| TOTAL | | 45.68 | 3630.48 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Child Supportt | 130.80 | 1807.58 |
| Dental Pretax | 6.65 | 33.52 |
| Employee Loan | | 13.32 |
| TOTAL | 137.45 | 1854.42 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 100.37 | 9323.35 |

Payrolls by Paychex, Inc.

0026 1405-7126  Service Port Refrigeration • 340 Andrews Road • Feasterville Trevose PA 19053 • (215) 396-8022