*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Nicholas J Pentony
    Debtor(s)

Case No: 19–16970–elf
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the final installment payment in the amount of $77.50.

will be held before the Honorable Eric L. Frank ,United States Bankruptcy Court

    on: 6/2/20

    at: 10:00 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: May 11, 2020