SERVICE PORT REFRIGERATION
340 ANDREWS ROAD
FEASTERVILLE TREVOSE PA 19053

1405-7126
ORG1:100 HVAC
EE ID: 35        DD

NICHOLAS J PENTONY
270 GOLDENRIDGE DR
LEVITTOWN PA 19057

**PERSONAL AND CHECK INFORMATION**
Nicholas J Pentony
270 Goldenridge Dr
Levittown, PA 19057
Soc Sec #: xxx-xx-xxxx    Employee ID: 35

Home Department: 100 HVAC

Pay Period: 11/25/19 to 12/08/19
Check Date: 12/11/19    Check #: 11503

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0873 | 1549.21 | 1549.21 |
| NET PAY | 1549.21 | 1549.21 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 72.00 | 27.0000 | 1944.00 | 72.00 | 1944.00 |
| Overtime | 3.00 | 40.5000 | 121.50 | 3.00 | 121.50 |
| Total Hours | 75.00 | | | 75.00 | |
| Gross Earnings | | | 2065.50 | | 2065.50 |
| Total Hrs Worked | 75.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 128.06 | 128.06 |
| Medicare | | 29.95 | 29.95 |
| Fed Income Tax | S 0 | 262.97 | 262.97 |
| PA Income Tax | | 63.41 | 63.41 |
| PA Unemploy | | 1.24 | 1.24 |
| PA LLSOU-Buc L | | 10.00 | 10.00 |
| PA LSHPT-Buc ln | | 20.66 | 20.66 |
| TOTAL | | 516.29 | 516.29 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1549.21 | 1549.2 |

Payrolls by Paychex, Inc.

0026 1405-7126  Service Port Refrigeration • 340 Andrews Road • Feasterville Trevose PA 19053 • (215) 396-8022

SERVICE PORT REFRIGERATION
340 ANDREWS ROAD
FEASTERVILLE TREVOSE PA  19053

1405-7126
ORG1:100 HVAC
EE ID: 35          DD

NICHOLAS J PENTONY
270 GOLDENRIDGE DR
LEVITTOWN PA  19057

### PERSONAL AND CHECK INFORMATION
Nicholas J Pentony
270 Goldenridge Dr
Levittown, PA  19057
Soc Sec #: xxx-xx-xxxx     Employee ID: 35

Home Department: 100 HVAC

Pay Period: 12/09/19 to 12/22/19
Check Date: 12/24/19    Check #: 11519

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0873 | 0.00 | 1549.21 |
| Chkg 4203 | 1621.27 | 1621.27 |
| NET PAY | 1621.27 | 3170.48 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 78.50 | 27.0000 | 2119.50 | 150.50 | 4063.50 |
| Overtime | 9.50 | 40.5000 | 384.75 | 12.50 | 506.25 |
| Sick | 4.00 | 27.0000 | 108.00 | 4.00 | 108.00 |
| Total Hours | 92.00 | | | 167.00 | |
| Gross Earnings | | | 2612.25 | | 4677.75 |
| Total Hrs Worked | 88.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 161.96 | 290.02 |
| Medicare | | 37.88 | 67.83 |
| Fed Income Tax | S 0 | 383.25 | 646.22 |
| PA Income Tax | | 80.20 | 143.61 |
| PA Unemploy | | 1.57 | 2.81 |
| PA LLSOU-Buc L | | | 10.00 |
| PA LSHPT-Buc ln | | 26.12 | 46.78 |
| TOTAL | | 690.98 | 1207.27 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Child Supportt | 300.00 | 300.00 |
| TOTAL | 300.00 | 300.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1621.27 | 3170.4 |

Payrolls by Paychex, Inc.

0026 1405-7126  Service Port Refrigeration • 340 Andrews Road • Feasterville Trevose PA  19053 • (215) 396-8022

SERVICE PORT REFRIGERATION
340 ANDREWS ROAD
FEASTERVILLE TREVOSE PA  19053

1405-7126
ORG1:100 HVAC
EE ID: 35      DD

NICHOLAS J PENTONY
270 GOLDENRIDGE DR
LEVITTOWN PA  19057

**PERSONAL AND CHECK INFORMATION**
Nicholas J Pentony
270 Goldenridge Dr
Levittown, PA  19057
Soc Sec #: xxx-xx-xxxx    Employee ID: 35

Home Department: 100 HVAC

Pay Period: 12/23/19 to 01/05/20
Check Date: 01/08/20   Check #: 11538

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 4203 | 1399.89 | 1399.89 |
| NET PAY | 1399.89 | 1399.89 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 80.00 | 27.0000 | 2160.00 | 80.00 | 2160.00 |
| Total Hours | 80.00 | | | 80.00 | |
| Gross Earnings | | | 2160.00 | | 2160.00 |
| Total Hrs Worked | 80.00 | | | | |
| Cell Phone Reimb | | | 25.00 | | 25.00 |
| REIMB & OTHER PAYMENTS | | | 25.00 | | 25.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 133.92 | 133.92 |
| Medicare | | 31.32 | 31.32 |
| Fed Income Tax | S 0 | 281.12 | 281.12 |
| PA Income Tax | | 66.31 | 66.31 |
| PA Unemploy | | 1.30 | 1.30 |
| PA LLSOU-Buc L | | 10.00 | 10.00 |
| PA LSHPT-Buc ln | | 21.60 | 21.60 |
| TOTAL | | 545.57 | 545.57 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Child Supportt | 239.54 | 239.54 |
| TOTAL | 239.54 | 239.54 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1399.89 | 1399.89 |

Payrolls by Paychex, Inc.

0026 1405-7126  Service Port Refrigeration • 340 Andrews Road • Feasterville Trevose PA  19053 • (215) 396-8022

SERVICE PORT REFRIGERATION
340 ANDREWS ROAD
FEASTERVILLE TREVOSE PA 19053

1405-7126
ORG1:100 HVAC
EE ID: 35      DD

NICHOLAS J PENTONY
270 GOLDENRIDGE DR
LEVITTOWN PA 19057

**PERSONAL AND CHECK INFORMATION**
Nicholas J Pentony
270 Goldenridge Dr
Levittown, PA 19057
Soc Sec #: xxx-xx-xxxx    Employee ID: 35

Home Department: 100 HVAC

Pay Period: 01/06/20 to 01/19/20
Check Date: 01/22/20    Check #: 11553

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 4203 | 1349.21 | 2749.10 |
| NET PAY | 1349.21 | 2749.10 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 70.50 | 27.0000 | 1903.50 | 150.50 | 4063.50 |
| Overtime | 5.50 | 40.5000 | 222.75 | 5.50 | 222.75 |
| Total Hours | 76.00 | | | 156.00 | |
| Gross Earnings | | | 2126.25 | | 4286.25 |
| Total Hrs Worked | 76.00 | | | | |
| Cell Phone Reimb | | | | | 25.00 |
| REIMB & OTHER PAYMENTS | | | | | 25.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 131.83 | 265.75 |
| Medicare | | 30.83 | 62.15 |
| Fed Income Tax | S 0 | 273.70 | 554.82 |
| PA Income Tax | | 65.28 | 131.59 |
| PA Unemploy | | 1.28 | 2.58 |
| PA LLSOU-Buc L | | | 10.00 |
| PA LSHPT-Buc In | | 21.26 | 42.86 |
| TOTAL | | 524.18 | 1069.75 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Child Supportt | 239.54 | 479.08 |
| Employee Loan | 13.32 | 13.32 |
| TOTAL | 252.86 | 492.40 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1349.21 | 2749.1 |

Payrolls by Paychex, Inc.

0026 1405-7126  Service Port Refrigeration • 340 Andrews Road • Feasterville Trevose PA 19053 • (215) 396-8022

SERVICE PORT REFRIGERATION
340 ANDREWS ROAD
FEASTERVILLE TREVOSE PA  19053

1405-7126
ORG1:100 HVAC
EE ID: 35                    DD

NICHOLAS J PENTONY
270 GOLDENRIDGE DR
LEVITTOWN PA  19057

**PERSONAL AND CHECK INFORMATION**
Nicholas J Pentony
270 Goldenridge Dr
Levittown, PA  19057
Soc Sec #: xxx-xx-xxxx    Employee ID: 35

Home Department: 100 HVAC

Pay Period: 01/20/20 to 02/02/20
Check Date: 02/05/20    Check #: 11568

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 4203 | 1392.02 | 4141.12 |
| NET PAY | 1392.02 | 4141.12 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 67.00 | 27.0000 | 1809.00 | 217.50 | 5872.50 |
| Overtime | 8.00 | 40.5000 | 324.00 | 13.50 | 546.75 |
| Total Hours | 75.00 | | | 231.00 | |
| Gross Earnings | | | 2133.00 | | 6419.25 |
| Total Hrs Worked | 75.00 | | | | |
| Cell Phone Reimb | | | 25.00 | | 50.00 |
| REIMB & OTHER PAYMENTS | | | 25.00 | | 50.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 132.24 | 397.99 |
| Medicare | | 30.93 | 93.08 |
| Fed Income Tax | S 0 | 275.18 | 830.00 |
| PA Income Tax | | 65.48 | 197.07 |
| PA Unemploy | | 1.28 | 3.86 |
| PA LLSOU-Buc L | | | 10.00 |
| PA LSHPT-Buc In | | 21.33 | 64.19 |
| TOTAL | | 526.44 | 1596.19 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Child Supportt | 239.54 | 718.62 |
| Employee Loan | | 13.32 |
| TOTAL | 239.54 | 731.94 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1392.02 | 4141.1 |

Payrolls by Paychex, Inc.

0026 1405-7126  Service Port Refrigeration • 340 Andrews Road • Feasterville Trevose PA  19053 • (215) 396-8022

SERVICE PORT REFRIGERATION
340 ANDREWS ROAD
FEASTERVILLE TREVOSE PA  19053

1405-7126
ORG1:100 HVAC
EE ID: 35        DD

NICHOLAS J PENTONY
270 GOLDENRIDGE DR
LEVITTOWN PA  19057

**PERSONAL AND CHECK INFORMATION**
Nicholas J Pentony
270 Goldenridge Dr
Levittown, PA  19057
Soc Sec #: xxx-xx-xxxx    Employee ID: 35

Home Department: 100 HVAC

Pay Period: 02/03/20 to 02/16/20
Check Date: 02/19/20    Check #: 11585

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 4203 | 1380.30 | 5521.42 |
| NET PAY | 1380.30 | 5521.42 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 80.00 | 27.0000 | 2160.00 | 297.50 | 8032.50 |
| Overtime | | | | 13.50 | 546.75 |
| Total Hours | 80.00 | | | 311.00 | |
| Gross Earnings | | | 2160.00 | | 8579.25 |
| Total Hrs Worked | 80.00 | | | | |
| Cell Phone Reimb | | | | | 50.00 |
| REIMB & OTHER PAYMENTS | | | | | 50.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 133.49 | 531.48 |
| Medicare | | 31.22 | 124.30 |
| Fed Income Tax | S 0 | 279.60 | 1109.60 |
| PA Income Tax | | 66.10 | 263.17 |
| PA Unemploy | | 1.30 | 5.16 |
| PA LLSOU-Buc L | | | 10.00 |
| PA LSHPT-Buc ln | | 21.53 | 85.72 |
| TOTAL | | 533.24 | 2129.43 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Child Supportt | 239.54 | 958.16 |
| Dental Pretax | 6.92 | 6.92 |
| Employee Loan | | 13.32 |
| TOTAL | 246.46 | 978.40 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1380.30 | 5521.4 |

Payrolls by Paychex, Inc.

0026 1405-7126  Service Port Refrigeration • 340 Andrews Road • Feasterville Trevose PA  19053 • (215) 396-8022

SERVICE PORT REFRIGERATION
340 ANDREWS ROAD
FEASTERVILLE TREVOSE PA  19053

1405-7126
ORG1:100 HVAC
EE ID: 35          DD

NICHOLAS J PENTONY
270 GOLDENRIDGE DR
LEVITTOWN PA  19057

**PERSONAL AND CHECK INFORMATION**
Nicholas J Pentony
270 Goldenridge Dr
Levittown, PA  19057
Soc Sec #: xxx-xx-xxxx    Employee ID: 35

Home Department: 100 HVAC

Pay Period: 02/17/20 to 03/01/20
Check Date: 03/04/20    Check #: 11602

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 4203 | 1637.92 | 7159.34 |
| NET PAY | 1637.92 | 7159.34 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 63.00 | 27.0000 | 1701.00 | 360.50 | 9733.50 |
| Overtime | 20.00 | 40.5000 | 810.00 | 33.50 | 1356.75 |
| Total Hours | 83.00 | | | 394.00 | |
| Gross Earnings | | | 2511.00 | | 11090.25 |
| Total Hrs Worked | 83.00 | | | | |
| Cell Phone Reimb | | | 25.00 | | 75.00 |
| REIMB & OTHER PAYMENTS | | | 25.00 | | 75.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 155.27 | 686.75 |
| Medicare | | 36.31 | 160.61 |
| Fed Income Tax | S 0 | 356.88 | 1466.48 |
| PA Income Tax | | 76.88 | 340.05 |
| PA Unemploy | | 1.51 | 6.67 |
| PA LLSOU-Buc L | | | 10.00 |
| PA LSHPT-Buc In | | 25.04 | 110.76 |
| TOTAL | | 651.89 | 2781.32 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Child Supportt | 239.54 | 1197.70 |
| Dental Pretax | 6.65 | 13.57 |
| Employee Loan | | 13.32 |
| TOTAL | 246.19 | 1224.59 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1637.92 | 7159.3 |

Payrolls by Paychex, Inc.

0026 1405-7126  Service Port Refrigeration • 340 Andrews Road • Feasterville Trevose PA  19053 • (215) 396-8022

SERVICE PORT REFRIGERATION
340 ANDREWS ROAD
FEASTERVILLE TREVOSE PA  19053

1405-7126
ORG1:100 HVAC
EE ID: 35        DD

NICHOLAS J PENTONY
270 GOLDENRIDGE DR
LEVITTOWN PA  19057

**PERSONAL AND CHECK INFORMATION**
Nicholas J Pentony
270 Goldenridge Dr
Levittown, PA  19057
Soc Sec #: xxx-xx-xxxx    Employee ID: 35

Home Department: 100 HVAC

Pay Period: 03/02/20 to 03/15/20
Check Date: 03/18/20    Check #: 11619

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 4203 | 1496.69 | 8656.03 |
| NET PAY | 1496.69 | 8656.03 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 77.50 | 27.0000 | 2092.50 | 438.00 | 11826.00 |
| Overtime | 6.00 | 40.5000 | 243.00 | 39.50 | 1599.75 |
| Total Hours | 83.50 | | | 477.50 | |
| Gross Earnings | | | 2335.50 | | 13425.75 |
| Total Hrs Worked | 83.50 | | | | |
| Cell Phone Reimb | | | | | 75.00 |
| REIMB & OTHER PAYMENTS | | | | | 75.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 144.39 | 831.14 |
| Medicare | | 33.77 | 194.38 |
| Fed Income Tax | S 0 | 318.27 | 1784.75 |
| PA Income Tax | | 71.50 | 411.55 |
| PA Unemploy | | 1.40 | 8.07 |
| PA LLSOU-Buc L | | | 10.00 |
| PA LSHPT-Buc In | | 23.29 | 134.05 |
| TOTAL | | 592.62 | 3373.94 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Child Supportt | 239.54 | 1437.24 |
| Dental Pretax | 6.65 | 20.22 |
| Employee Loan | | 13.32 |
| TOTAL | 246.19 | 1470.78 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1496.69 | 8656.0 |

Payrolls by Paychex, Inc.

0026  1405-7126  Service Port Refrigeration • 340 Andrews Road • Feasterville Trevose PA  19053 • (215) 396-8022

SERVICE PORT REFRIGERATION
340 ANDREWS ROAD
FEASTERVILLE TREVOSE PA  19053

1405-7126
ORG1:100 HVAC
EE ID: 35        DD

NICHOLAS J PENTONY
270 GOLDENRIDGE DR
LEVITTOWN PA  19057

**PERSONAL AND CHECK INFORMATION**
Nicholas J Pentony
270 Goldenridge Dr
Levittown, PA  19057
Soc Sec #: xxx-xx-xxxx     Employee ID: 35

Home Department: 100 HVAC

Pay Period: 03/16/20 to 03/29/20
Check Date: 04/01/20    Check #: 11636

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 4203 | 566.95 | 9222.98 |
| NET PAY | 566.95 | 9222.98 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 26.00 | 27.0000 | 702.00 | 464.00 | 12528.00 |
| Overtime | 2.00 | 40.5000 | 81.00 | 41.50 | 1680.75 |
| Sick | 8.00 | 27.0000 | 216.00 | 8.00 | 216.00 |
| Total Hours | 36.00 | | | 513.50 | |
| Gross Earnings | | | 999.00 | | 14424.75 |
| Total Hrs Worked | 28.00 | | | | |
| Cell Phone Reimb | | | 25.00 | | 100.00 |
| REIMB & OTHER PAYMENTS | | | 25.00 | | 100.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 61.53 | 892.67 |
| Medicare | | 14.39 | 208.77 |
| Fed Income Tax | S 0 | 93.95 | 1878.70 |
| PA Income Tax | | 30.47 | 442.02 |
| PA Unemploy | | 0.60 | 8.67 |
| PA LLSOU-Buc L | | | 10.00 |
| PA LSHPT-Buc In | | 9.92 | 143.97 |
| TOTAL | | 210.86 | 3584.80 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Child Supportt | 239.54 | 1676.78 |
| Dental Pretax | 6.65 | 26.87 |
| Employee Loan | | 13.32 |
| TOTAL | 246.19 | 1716.97 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 566.95 | 9222.9 |

Payrolls by Paychex, Inc.

0026 1405-7126  Service Port Refrigeration • 340 Andrews Road • Feasterville Trevose PA  19053 • (215) 396-8022

SERVICE PORT REFRIGERATION  
340 ANDREWS ROAD  
FEASTERVILLE TREVOSE PA 19053

1405-7126  
ORG1:100 HVAC  
EE ID: 35           DD

NICHOLAS J PENTONY  
270 GOLDENRIDGE DR  
LEVITTOWN PA 19057

**PERSONAL AND CHECK INFORMATION**  
Nicholas J Pentony  
270 Goldenridge Dr  
Levittown, PA 19057  
Soc Sec #: xxx-xx-xxxx    Employee ID: 35

Home Department: 100 HVAC

Pay Period: 03/30/20 to 04/12/20  
Check Date: 04/15/20    Check #: 11650

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 4203 | 100.37 | 9323.35 |
| NET PAY | 100.37 | 9323.35 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 10.50 | 27.0000 | 283.50 | 474.50 | 12811.50 |
| Overtime | | | | 41.50 | 1680.75 |
| Sick | | | | 8.00 | 216.00 |
| Total Hours | 10.50 | | | 524.00 | |
| Gross Earnings | | | 283.50 | | 14708.25 |
| Total Hrs Worked | 10.50 | | | | |
| Cell Phone Reimb | | | | | 100.00 |
| REIMB & OTHER PAYMENTS | | | | | 100.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 17.16 | 909.83 |
| Medicare | | 4.01 | 212.78 |
| Fed Income Tax | S 0 | 13.07 | 1891.77 |
| PA Income Tax | | 8.50 | 450.52 |
| PA Unemploy | | 0.17 | 8.84 |
| PA LLSOU-Buc L | | | 10.00 |
| PA LSHPT-Buc In | | 2.77 | 146.74 |
| TOTAL | | 45.68 | 3630.48 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Child Supportt | 130.80 | 1807.58 |
| Dental Pretax | 6.65 | 33.52 |
| Employee Loan | | 13.32 |
| TOTAL | 137.45 | 1854.42 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 100.37 | 9323.3 |

Payrolls by Paychex, Inc.

0026 1405-7126  Service Port Refrigeration • 340 Andrews Road • Feasterville Trevose PA 19053 • (215) 396-8022

SERVICE PORT REFRIGERATION
340 ANDREWS ROAD
FEASTERVILLE TREVOSE PA 19053

1405-7126
ORG1:100 HVAC
EE ID: 35    DD

NICHOLAS J PENTONY
270 GOLDENRIDGE DR
LEVITTOWN PA 19057

**PERSONAL AND CHECK INFORMATION**
Nicholas J Pentony
270 Goldenridge Dr
Levittown, PA 19057
Soc Sec #: xxx-xx-xxxx    Employee ID: 35

Home Department: 100 HVAC

Pay Period: 04/13/20 to 04/26/20
Check Date: 04/29/20    Check #: 11661

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 4203 | 439.05 | 9762.40 |
| NET PAY | 439.05 | 9762.40 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 27.50 | 27.0000 | 742.50 | 502.00 | 13554.00 |
| Overtime | 3.00 | 40.5000 | 121.50 | 44.50 | 1802.25 |
| Sick | | | | 8.00 | 216.00 |
| Total Hours | 30.50 | | | 554.50 | |
| Gross Earnings | | | 864.00 | | 15572.25 |
| Total Hrs Worked | 30.50 | | | | |
| Cell Phone Reimb | | | | | 100.00 |
| REIMB & OTHER PAYMENTS | | | | | 100.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 53.16 | 962.99 |
| Medicare | | 12.44 | 225.22 |
| Fed Income Tax | S 0 | 77.75 | 1969.52 |
| PA Income Tax | | 26.32 | 476.84 |
| PA Unemploy | | 0.52 | 9.36 |
| PA LLSOU-Buc L | | | 10.00 |
| PA LSHPT-Buc In | | 8.57 | 155.31 |
| TOTAL | | 178.76 | 3809.24 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Child Supportt | 239.54 | 2047.12 |
| Dental Pretax | 6.65 | 40.17 |
| Employee Loan | | 13.32 |
| TOTAL | 246.19 | 2100.61 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 439.05 | 9762.4 |

Payrolls by Paychex, Inc.

0026 1405-7126  Service Port Refrigeration • 340 Andrews Road • Feasterville Trevose PA  19053 • (215) 396-8022