UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **Nicholas J. Pentony** : Chapter 13
: 
Debtor : No. 19-16970

CERTIFICATION OF DEBTOR'S IDENTIFICATION,
SOCIAL SECURITY NUMBER AND ORIGINAL SIGNATURES

I, Andre Dover, Esquire hereby swear and/or affirm that the following are true and correct:

1. I am Debtor's counsel of record in this bankruptcy case ("Counsel").

2. I met with the Debtor in my office. Debtor provided and I personally inspected a valid picture ID in the form of a Pennsylvania Driver's License and Proof of SSN in the form of a government issued Social Security Card and/or a form 1099. The social security number which appeared on said proof is the same number which appears on Debtor's "Official Form 121 Statement About Your Social Security Number".

3. Counsel also reviewed with Debtor the following documents: Voluntary Petition and related schedules, the Declaration of Schedules, the Statement of Financial Affairs, the Form 122A (Means Test Form), the Bankruptcy Plan and the signature pages.

4. Counsel personally witnessed the Debtor execute aforesaid Voluntary Petition and related schedules, Declaration of Schedules, Statement of Financial Affairs, Form 122C (Means Test Form) and related signature pages on **[date documents signed]**.

5. Counsel is in possession of Debtor's file which contains aforesaid original executed documents in his/her office.

Date: June 11, 2020        Name: /s/ _____, Esquire
                                        Attorney