# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicholas J. Pentony  Debtor(s) | |
| | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY, its successors and/or assigns  Movant | |
| vs. | NO. 19-16970 ELF |
| Nicholas J. Pentony  Debtor(s) | |
| William C. Miller Esq.  Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about **April 30, 2020, docket number 41**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorney for Movant/Applicant

June 24, 2020