# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    Nicholas J Pentony                                                                              Case No.    19-16970
                                             Debtor(s)                                                   Chapter     13

## CERTIFICATE OF SERVICE

### (Amended)

I hereby certify that on  June 5, 2020, a copy of Amended Ch. 13 Plan 6-5-2020  was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Pa Housing Finance Agency
211 N. Front Street
Harrisburg, PA 17101

/s/ Andre Dover
Andre Dover
Kashkashian, Dover & Associates
10 Canal Street
Suite 204
Bristol, PA 19007
215-781-9500Fax:215-781-6500
kashlaw@aol.com