# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-16970-ELF

NICHOLAS J PENTONY

270 GOLDENRIDGE DRIVE

LEVITTOWN, PA 19057-

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    NICHOLAS J PENTONY

    270 GOLDENRIDGE DRIVE

    LEVITTOWN, PA 19057-

Counsel for debtor(s), by electronic notice only.

    ANDRE DOVER
    KASHKASHIAN & ASSOCIATES
    10 CANAL ST   STE 204
    BRISTOL, PA 19007-

Date: 9/28/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee