United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-16970-elf

Nicholas J Pentony                                                                    Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2                           User: Adminstra                                    Page 1 of 2

Date Rcvd: Nov 04, 2020                  Form ID: pdf900                              Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas J Pentony, 270 Goldenridge Drive, Levittown, PA 19057-3417 |
| 14417187 | + | Bucks Co Drs, 30 E Court St, Doylestown, PA 18901-4319 |
| 14417188 | | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14451015 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Rebecca A Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14417190 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court;, Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 14417192 | + | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14417193 | + | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 14451953 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court;, U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14417194 | | Us Bk Rms Cc, Cb Disputes, Saint Louis, MO 63166 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 05 2020 03:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 05 2020 03:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 05 2020 03:14:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14427364 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2020 02:57:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14417190 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 05 2020 03:13:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 14441240 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2020 02:58:54 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14417189 | + | Email/Text: blegal@phfa.org | Nov 05 2020 03:14:00 | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14452034 | + | Email/Text: colleen.atkinson@rmscollect.com | Nov 05 2020 03:15:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14452111 | + | Email/Text: blegal@phfa.org | Nov 05 2020 03:14:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14417191 | + | Email/Text: colleen.atkinson@rmscollect.com | Nov 05 2020 03:15:00 | Receivable Management, Pob 17305, Richmond, VA 23226-7305 |
| 14417195 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |

District/off: 0313-2                         User: Adminstra                              Page 2 of 2
Date Rcvd: Nov 04, 2020                      Form ID: pdf900                          Total Noticed: 19

Nov 05 2020 03:13:00    Verizon, 500 Technology Dr, Weldon Spring, MO
63304-2225

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2020                   Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDRE DOVER | on behalf of Debtor Nicholas J Pentony kashlaw@aol.com  doverar87647@notify.bestcase.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 6

## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              Chapter 13
NICHOLAS J PENTONY


                 Debtor            Bankruptcy No. 19-16970-ELF

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


**Date: November 4, 2020**

_____
                Eric L. Frank
                Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ANDRE DOVER
KASHKASHIAN & ASSOCIATES
10 CANAL ST   STE 204
BRISTOL, PA 19007-


Debtor:
NICHOLAS J PENTONY

270 GOLDENRIDGE DRIVE

LEVITTOWN, PA 19057-