# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:   Nicholas J Pentony                                                     Case No.:   19-16970
                                                                                Chapter:    13
         Debtor

         270 Goldenridge Drive
Address: Levittown, PA 19057
Employer's Tax Identification (EIN) No(s).:
Last four digits of Social Security No(s). :  xxx-xx-1902

## AMENDED NOTICE OF MOTION

Please take notice that on **December 15, 2020** at **1:00** p.m., I shall appear in the U.S. Bankruptcy Court for the **Eastern District of Pennsylvania** at the (900 Market Street, Philadelphia, PA 19107. before the Honorable Judge **Eric L. Frank** in Courtroom **1** and then and there present the following motion:

(Motion to Reconsider Order of Dismissal)

Date  November 16, 2020           Signature   /s/ Andre Dover
                                  Name        Andre Dover 312565 PA
                                  Address     Kashkashian, Dover & Associates
                                              10 Canal Street
                                              Suite 204
                                              Bristol, PA 19007

**United States Bankruptcy Court**
Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re  Nicholas J Pentony | | Case No.  19-16970 |
| | Debtor(s) | Chapter  13 |

## CERTIFICATE OF SERVICE

I hereby certify that on **November 16, 2020**, a copy of Amended Notice of Motion was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Bucks Co Drs
Lvnv Funding Llc
Pa Housing Finance Age
Pnc Bank, N.a.
Receivable Management
Thd/cbna
U S Dept Of Ed/Gsl/Atl
U S Dept Of Ed/Gsl/Atl
U S Dept Of Ed/Gsl/Atl
U S Dept Of Ed/Gsl/Atl
U S Dept Of Ed/Gsl/Atl
U S Dept Of Ed/Gsl/Atl
Us Bk Rms Cc
Verizon

/s/ Andre Dover
Andre Dover
Kashkashian, Dover & Associates
10 Canal Street
Suite 204
Bristol, PA 19007
215-781-9500Fax:215-781-6500
kashlaw@aol.com