United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                   Case No. 19-16970-elf

Nicholas J Pentony                                  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2                                 User: Adminstra                                   Page 1 of 2

Date Rcvd: Dec 23, 2020                     Form ID: pdf900                                 Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas J Pentony, 270 Goldenridge Drive, Levittown, PA 19057-3417 |
| 14417187 | + | Bucks Co Drs, 30 E Court St, Doylestown, PA 18901-4319 |
| 14417188 | | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14451015 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Rebecca A Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14417192 | + | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14417193 | + | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 14451953 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14417194 | | Us Bk Rms Cc, Cb Disputes, Saint Louis, MO 63166 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 24 2020 03:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 24 2020 03:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 24 2020 03:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14427364 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 24 2020 03:11:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14417190 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 24 2020 03:52:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 14441240 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 24 2020 03:06:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14417189 | + | Email/Text: blegal@phfa.org | Dec 24 2020 03:52:00 | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14452034 | + | Email/Text: colleen.atkinson@rmscollect.com | Dec 24 2020 03:52:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14452111 | + | Email/Text: blegal@phfa.org | Dec 24 2020 03:52:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14417191 | + | Email/Text: colleen.atkinson@rmscollect.com | Dec 24 2020 03:52:00 | Receivable Management, Pob 17305, Richmond, VA 23226-7305 |
| 14417195 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 24 2020 03:51:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

Case 19-16970-elf    Doc 91    Filed 12/25/20    Entered 12/26/20 01:00:42    Desc Imaged
Certificate of Notice    Page 2 of 3

District/off: 0313-2 | User: Adminstra | Page 2 of 2
Date Rcvd: Dec 23, 2020 | Form ID: pdf900 | Total Noticed: 19
TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 25, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDRE DOVER | on behalf of Debtor Nicholas J Pentony kashlaw@aol.com doverar87647@notify.bestcase.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| NICHOLAS J PENTONY, | : | |
| Debtor | : | Bky. No. 19-16970 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **November 4, 2020 (Doc. #81)** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

**Date: December 22, 2020**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**