# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 19-16970-ELF

NICHOLAS J PENTONY

270 GOLDENRIDGE DRIVE

LEVITTOWN, PA 19057-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

NICHOLAS J PENTONY

270 GOLDENRIDGE DRIVE

LEVITTOWN, PA 19057-

Counsel for debtor(s), by electronic notice only.

ANDRE DOVER
KASHKASHIAN & ASSOCIATES
10 CANAL ST   STE 204
BRISTOL, PA 19007-

Date: 9/21/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee