United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-16970-elf

Nicholas J Pentony  Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 19, 2021 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas J Pentony, 270 Goldenridge Drive, Levittown, PA 19057-3417 |
| 14417187 | + | Bucks Co Drs, 30 E Court St, Doylestown, PA 18901-4319 |
| 14451015 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Rebecca A Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14417193 | + | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 19 2021 23:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 19 2021 23:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 19 2021 23:28:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14427364 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2021 23:27:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14417188 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2021 23:27:35 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14417190 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 19 2021 23:28:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 14441240 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 19 2021 23:27:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14417189 | + | Email/Text: blegal@phfa.org | Oct 19 2021 23:28:00 | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14452034 | + | Email/Text: joey@rmscollect.com | Oct 19 2021 23:28:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14452111 | + | Email/Text: blegal@phfa.org | Oct 19 2021 23:28:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14417191 | + | Email/Text: joey@rmscollect.com | Oct 19 2021 23:28:00 | Receivable Management, Pob 17305, Richmond, VA 23226-7305 |
| 14417192 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 19 2021 23:38:45 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14451953 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 19 2021 23:28:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14417194 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |

Case 19-16970-elf    Doc 103    Filed 10/21/21    Entered 10/22/21 00:38:16    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2021 | Form ID: pdf900 | Total Noticed: 19 |

|  |  |  | Oct 19 2021 23:28:00 | Us Bk Rms Cc, Cb Disputes, Saint Louis, MO 63166 |
|---|---|---|---|---|
| 14417195 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 19 2021 23:28:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDRE DOVER | on behalf of Debtor Nicholas J Pentony kashlaw@aol.com doverar87647@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>NICHOLAS J PENTONY | Chapter 13 |
| Debtor | Bankruptcy No. 19-16970-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: October 19, 2021

_____
Honorable Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
ANDRE DOVER
KASHKASHIAN & ASSOCIATES
10 CANAL ST   STE 204
BRISTOL, PA 19007-

Debtor:
NICHOLAS J PENTONY

270 GOLDENRIDGE DRIVE

LEVITTOWN, PA 19057-